## EBENEZER FRANCIS *versus* JOHN S. ROBY

JOURNAL ENTRIES (1820–27): *Journal 3:* (1) Rule to bring body *p. 63; (2) special bail *p. 68; (3) rule for bill of particulars, continued *p. 256; (4) commission to take deposition ordered issued, continued *p. 286; (5) continued *p. 475. *Journal 4:* (6) Continued MS p. 4; (7) continued MS p. 93; (8) dismissed MS p. 126.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) precipe for default judgment for want of plea; (5) bill of particulars; (6) plea of non assumpsit; (7) stipulation re proof of handwriting; (8) sheriff's fee bill.

*Office Docket*, MS p. 151, c. 77. (Case 127 of 1820)